United States District Court
Southern District of Texas
**ENTERED**
October 06, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER L GORSCHE, § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-3650 |
| § § | |
| TEXAS RENAISSANCE FESTIVALS, INC., § § | |
| Defendant. § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this law suit has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this Order.

It is so **ORDERED**.

SIGNED on this 5th day of October, 2017.

_____
Kenneth M. Hoyt
United States District Judge