United States District Court
Southern District of Texas
**ENTERED**
December 01, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER L GORSCHE, § § Plaintiff, § VS. § TEXAS RENAISSANCE FESTIVALS, INC., § § Defendant. § | CIVIL ACTION NO. 4:16-CV-3650 |

## FINAL JUDGMENT

On this day came on to be considered the plaintiff, Jennifer Gorsche and the defendant, Texas Renaissance Festivals, Inc.'s Joint Stipulation of Dismissal with Prejudice (Dkt. No. 13). Having considered said stipulation, the Court is of the opinion, and finds that all matters in dispute between the parties should be dismissed.

It is, therefore, O**RDERED** that the plaintiff's claims against the defendant are hereby dismissed, with prejudice.

It is further **ORDERED** that all costs shall be borne by the party incurring the same. All relief not expressly granted herein is denied.

This is a final judgment.

SIGNED on this 1st day of December, 2017.

_____
Kenneth M. Hoyt
United States District Judge